IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MARK LIPARI,<br><br>Defendant. | CR 21–42–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 50.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(4).

2. A Preliminary Order of Forfeiture was entered on October 13, 2022. (Doc. 48.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 49.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(4).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 50) is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1), (2), and 881(a)(4), free from the claims of any other party:

- 2006 Cadillac Escalade, VIN 1GYEK63N86R122386; and
- 2000 Chevy Blazer, VIN GNCT18W9YK230128.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court